```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 32314
   TERRANCE L RIES
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
     SSN XXX-XX-3110

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/25/08 .

     2.  The case was converted to Chapter 7 without confirmation, 12/18/2008.

------------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------

         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00          .00           .00
PRINCIPAL PAID           .00         .00         .00          .00           .00
INTEREST PAID            .00         .00         .00          .00           .00
TOTAL PAID               .00         .00         .00          .00           .00
The Debtor's attorney, BIZAR & DOYLE             , was allowed $          .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




     Dated: 02/18/09                 /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 32314 TERRANCE L RIES
```